

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-23-00432-CV

———————————————————

IN RE RALPH OYETOLA OYELAHAN AND TIFFANY MONIQUE
OYELAHAN, Relators

Original Proceeding
352nd District Court of Tarrant County, Texas
Trial Court No. 352-340201-23

Before Walker, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: December 14, 2023